IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISAAC L. PETERSON,
    Plaintiff,

vs.                            CASE NO.: 5:08cv24/SPM/MD

JERRY CUMMINGS, et al.,
    Defendants.

_____

**O R D E R**

    This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).

    Plaintiff did not file a prisoner consent form. A complete motion to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with account summary attachments. The court will not process the complaint until all these forms are submitted.

    Accordingly, it is ORDERED:

    1.    The clerk is directed to send plaintiff a prisoner consent form which he shall fill out and file within thirty (30) days.

    2.    Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of this court.

    DONE AND ORDERED this 25th day of January, 2008.

                            /s/ *Miles Davis*
                            MILES DAVIS
                            UNITED STATES MAGISTRATE JUDGE