### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**ISAAC LITHARIO PETERSON,**
           **Plaintiff,**

**vs.**                                          **Case No. 5:08cv24/SPM/MD**

**JERRY CUMMINGS, et al.,**
           **Defendants.**

_____

### REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  On January 31, 2008 plaintiff filed a motion to withdraw his civil rights complaint.  (Doc. 6).  The motion is construed as a notice of voluntary dismissal.  Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

        Accordingly, it is respectfully RECOMMENDED:

        1.  That plaintiff's motion to withdraw his complaint (doc. 6) be GRANTED.

        2.  That this cause be DISMISSED WITHOUT PREJUDICE.

        3.  That the clerk be directed to close the file.

        At Pensacola, Florida, this 1st day of February, 2008.

                    /s/ *Miles Davis*

                    **MILES DAVIS**
                    **UNITED STATES MAGISTRATE JUDGE**

_____        **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to**

object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).