IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISAAC LITHARIO PETERSON,

    Plaintiff,

vs.                              CASE NO. 5:08cv24-SPM/MD

JERRY CUMMINGS

    Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 7). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The magistrate judge's Report and Recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed pursuant to Plaintiff's motion to withdraw his complaint (doc. 6).

DONE AND ORDERED this 21st day of March, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge